IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JONATHAN CANTERBURY,**                    3:11-CV-00293-AC

      **Plaintiff,**                           **JUDGMENT**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

      **Defendant.**

    Based on the Court's Order (#25) issued May 17, 2012, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 17th day of May, 2012.

                                        /s/ Anna J. Brown

                                        ANNA J. BROWN
                                        United States District Judge

1 - JUDGMENT